IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:24-CV-49-FL

| | |
|---|---|
| KENNY R. HOLLEY, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| FRANK J. BISIGNANO, Commissioner of Social Security, | ) |
| Defendant. | ) |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge Robert B. Jones, Jr., filed January 16, 2026, regarding the parties' briefs filed pursuant to the Supplemental Rules for Social Security Actions (DE 27, 30), and plaintiff's motions to strike, to reassert prior motions for discovery and hearing, and to stay (DE 28, 29, 30). No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling.

Upon careful review of the M&R and of the record generally, having found no clear error, the court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, plaintiff's motions are DENIED, the Commissioner's decision is AFFIRMED, and this matter is DISMISSED. The clerk of court is directed to close the case.

SO ORDERED, this the 5th day of February, 2026.

LOUISE W. FLANAGAN
United States District Judge